Opinion issued February 11, 2020



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-20-00022-CV**

_____

**RSL FUNDING, LLC, Appellant**

**V.**

**L. G. WENTWORTH ORIGINATIONS, LLC, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-18154**

## MEMORANDUM OPINION

Appellant, RSL Funding, LLC, has filed a motion to dismiss the appeal. We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we grant the motion and dismiss the appeal. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Lloyd, Landau, and Countiss.